UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LISA CIMARIK, | No. C 12-02713 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive. | |
| Defendant. | |

On October 23, 2012, Plaintiff filed a notice informing the court that the instant action had settled in its entirety. Notice of Settlement, ECF No. 23. Accordingly, the court **ORDERS** Plaintiff to appear on December 20, 2012 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102, and show cause why this case should not be dismissed without prejudice for failure to prosecute. If Plaintiff files the appropriate dismissal papers by December 13, 2012, the show cause hearing will be vacated.

In light of Plaintiff's notice and this order, the court vacates the Further Case Management Conference scheduled for November 29, 2012.

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02713 LB
ORDER TO SHOW CAUSE