G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
LISA CIMARIK

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CIMARIK<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>　　　　Defendant. | Case No.: C12-02713 LB<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PLAINTIFF AND DEFENDANT |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff LISA CIMARIK against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff LISA CIMARIK and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date:__February 6, 2013____   _____
　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　Northern District of California

[Proposed] Order of Dismissal
- 1 -